# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Marco Sabillon

Debtor(s).

Case No.: 17−23401

Chapter: 13

Adversary Proceeding No.

## NOTICE OF REQUIRED FILING FEE AND/OR DEFICIENT FILING

**PLEASE TAKE NOTICE that a required filing fee has not been paid in full and/or a deficient document has been submitted for filing in this case. FAILURE TO PAY THE REQUIRED FILING FEE OR FAILURE TO CORRECT THE DEFICIENCY MAY RESULT IN THE DISMISSAL OF THIS BANKRUPTCY CASE.**

**You are reminded that all documents submitted in this case must comply with the current version of this Court's Guidelines for Electronic Filing, which is available for viewing at www.tnwb.uscourts.gov.** Only non−attorneys or persons who are not represented by an attorney may file paper documents (without express leave of the court).

Filing fees may be paid by credit card (online via ECF), cashiers check, money order, or business check made payable to the United States Bankruptcy Court Clerk. **Cash payments in the form of the exact amount may be made, at the Memphis Office. Cash payments are NOT accepted at the Jackson Office. Personal checks will NOT be accepted.**

## DEFICIENCIES REGARDING THE PETITION

Pursuant to 11 U.S.C. § 521(a)(1) and local orders of the Court, debtors must file a creditor matrix with their petition or within seven (7) business days thereafter. In addition, for example, pursuant to § 521(a) (1) in a voluntary case the debtor must also file a schedule of assets and liabilities, a schedule of current income and current expenditures, and pro se debtors must file the certificate that the debtor has received and read the § 342(b) Notice. Pursuant to Fed. R. Bankr. P. 1007(b)(7), the debtor additionally must file a statement regarding completion of a course in personal financial management prepared as prescribed by Official Form No. 423.

**FAILURE TO COMPLY WITH THESE REQUIREMENTS MAY RESULT IN THE DISMISSAL OF YOUR BANKRUPTCY CASE WITHOUT FURTHER NOTICE.**

In computing the period of seven (7) business days for submission of the matrix, or fourteen (14) days for other missing documents the day of the act or event shall not be included. The last day of the period so computed shall be included unless it is on a Saturday or Sunday, or a legal holiday, or a day on which weather or conditions have made the office of the clerks office inaccessible, in which event the period runs until the end of the next day which is not one of the aforementioned days.

**The following documents were not submitted with the petition filed in this case:**

| | |
|---|---|
| ☑ | **Matrix Due: 4/25/2017** |
| ☑ | **106Sum− Summary** − A Summary of Assets and Liabilities and Certain Statistical Information (Individuals) |
| ☑ | **106Dec−Declaration** − Declaration About Debtor's Schedules (Individuals) |
| ☑ | **107 − Statement of Financial Affairs for Individuals filing for Bankruptcy** |
| ☑ | **121− Statement About Your Social Security Numbers** (Individuals) |
| ☑ | **122C−1 Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period** |
| ☑ | **Chapter 13 Plan** (Individuals) |
| ☑ | **Verification of Pre−petition Budget and Credit Counseling** (Individuals) |
| ☑ | **All Schedules (A/B through J−2, as applicable)** |
| ☑ | **2030 Attorney Fee Disclosure Statement** |
| ☑ | **Other:** Credit Counseling Certificate, Form 121 Statement of SSN, Form 122C Statement of Current Monthly Income and Ch 13 plan should be filed separately from the voluntary petition. Please use the correct event code for each when filing. |

**Kathleen A Ford CLERK, U.S. BANKRUPTCY COURT**

**[ntcdeffil]Petition Deficiency Notice/05**

**By: Cindy Coady**
**Dated: April 18, 2017**
**200 Jefferson Avenue, Suite 413**
**Memphis, TN 38103**