**Dated: May 05, 2017**
**The following is SO ORDERED:**

**Paulette J. Delk**
**UNITED STATES BANKRUPTCY JUDGE**

---

# UNITED STATES BANKRUPTCY COURT
## Western District of Tennessee

In re:
**Marco Sabillon**

Debtor(s)

Case No.: 17−23401

Chapter No.: 13

---

**ORDER GRANTING MOTION OF DEBTOR(S) FOR EXTENSION OF TIME PURSUANT TO F.R.B.P.(c) FOR FILING OF SCHEDULES AND/OR STATEMENTS COMBINED WITH RELATED ORDERS AND NOTICE OF THE ENTRY THEREOF**

---

The instant proceeding before the Court arises out of a prior motion filed by the above−named debtor(s) seeking an extension of time pursuant to F.R.B.P. 1007 ( c) for the filing of the required schedules and/or statements under F.R.B.P. 1007(b). Upon good cause being provisionally shown, the Court grants the instant motion and enlarges such time until May 24, 2017

**NOTICE IS HEREBY GIVEN** that in the event the required schedules and/or statements required under F.R.B.P. 1007(b) are not filed by the debtor(s) on or before the aforesaid enlarged date, this case shall be dismissed without further Order and Notice in accordance with local procedure.

poco071.jsp